RIAL STANCEL, plaintiff in error, *vs.* JOHN PURYEAR, defendant in error.

58   445
92   639
58   445
106  507
58   445
119  718

An affidavit of illegality that to the best of the knowledge and belief of the defendant, the execution is proceeding against him illegally, because it has been settled and fully paid off, was properly stricken on demurrer.

Illegality. Before Judge UNDERWOOD. Walker Superior Court. August Term, 1876.

Reported in the decision.

SHUMATE & WILLIAMSON, by brief, for plaintiff in error.

DABNEY & FOUCHE, by C. ROWELL, for defendant.

WARNER, Chief Justice.

This case came before the court below on an appeal from a justice court, on the trial of an affidavit of illegality to an execution. The defendant stated in his affidavit, " that to the best of his knowledge and belief, the above stated *fi. fa.* is proceeding against him illegally, for the following reasons, to-wit: because said *fi. fa.* has been settled and fully paid off." The plaintiff in *fi. fa.* made a motion to dismiss the illegality, upon the ground that the affidavit was insufficient. The court sustained the motion, and the defendant excepted.

The defendant should have stated in his affidavit, that the *fi. fa.* had been settled and paid off, if such was the fact, so that an issue could have been formed thereon by the plaintiff, if he had desired to have done so. It would be very difficult for the plaintiff to traverse and controvert the defendant's knowledge and belief that the *fi. fa.* had been settled and paid off, especially when no facts were stated on which that knowledge and belief were founded. This case comes within the principle recognized and ruled in the following cases: *Moore vs. Morris,* 26 *Ga. Rep.,* 649; *Bryan vs. Ponder,* 23 *Ga. Rep.,* 480; *Sharpe vs. Kennedy,* 50 *Ga. Rep.,* 208.

Let the judgment of the court below be affirmed.